3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ANTONIO RODRIGUEZ SALAS | * |
| VS | *   C.A. NO. B-01-168 |
| UNITED STATES OF AMERICA | *   (Cr. No. B-01-134) |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **December 28, 2001**.

DONE at Brownsville, Texas, this 24th day of October 2001.

_____
Felix Recio
United States Magistrate Judge