United States District Court
Southern District of Texas
FILED

DEC 2 7 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO RODRIGUEZ SALAS,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil No. B-01-168<br>(Criminal No. B-01-134) |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

### RESPONSE AND MOTION TO DISMISS RODRIGUEZ-SALAS' MOTION FOR RELIEF PURSUANT TO 28 U.S.C. § 2255

The United States of America ("the government") files this Response and Motion to Dismiss Antonio Rodriguez Salas' Motion To Vacate, Set Aside, or Correct Sentence. In support thereof, the government would show the court the following:

I.

JURISDICTION

Rodriguez-Salas challenges the judgment of conviction and sentence that was entered by the district clerk on August 1, 2001 (DOC 25). Rodriguez-Salas timely perfected an appeal to the United States Court of Appeals for the Fifth Circuit on July 26, 2001 (DOC 22). The court of appeals opened the case, Case No. 01-41036 on September 18, 2001 (DOC 29). Case No. 01-41036 is pending; Rodriguez-Salas' brief is due on January 29, 2002 (see Fifth Circuit Case Summary attached hereto as appendix A). On October 3, 2001, Rodriguez-Salas filed this motion for relief under 28 U.S.C. § 2255 (DOC 30). Since Rodriguez-Salas' direct appeal is pending before the Fifth Circuit, this case must be dismissed without prejudice for want of jurisdiction.

"A motion to vacate a sentence under 28 U.S.C. § 2255 will not be entertained during the pendency of a direct appeal, inasmuch as the disposition of the appeal may render the motion moot."

*Welsh v. United States*, 404 F.2d 333 (5th Cir. 1968), citing *Bell v. United States*, 265 F. Supp. 311, aff'd 375 F.2d 763 (5th Cir.), *cert. denied*, 389 U.S. 881(1967). *See also, Jones v. United States*, 453 F.2d 351, 352 (5th Cir. 1972); *Fassler v. United States*, 858 F.2d 1016, 1019 (5th Cir. 1988). Under the foregoing authorities, this court does not have jurisdiction to consider Rodriguez-Salas'' motion for § 2255 relief. Accordingly, the government prays that this court enter an order dismissing this action for want of jurisdiction.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _____
JAMES L. TURNER
Assistant United States Attorney
Bank One Center
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208-1129

2

## CERTIFICATE OF SERVICE

I, James L. Turner, do hereby certify that a true and correct copy of the above and foregoing Response and Motion to Dismiss Motion for Relief under 28 U.S.C. § 2255 was served on December 27, 2001, via certified mail, return receipt requested to:

Mr. Antonio Rodriguez-Salas
Prisoner Number BR 94717079
Karnes County Correctional Facility
810 Commerce Street
Carnes City, Texas 78118

_____
JAMES L. TURNER
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO RODRIGUEZ-SALAS, | § | |
| Petitioner, | § | |
| | § | Civil No. B-01-168 |
| v. | § | (Criminal No. B-01-134) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

It is hereby ORDERED that the government's motion to dismiss is granted.

SIGNED this _____ day of _____ 2002.


_____
UNITED STATES DISTRICT JUDGE

.

4

If you view the full docket, you will be charged for  5 Pages   $ 0.35

## US Court of Appeals for the Fifth Circuit
## Case Summary

Court of Appeals Docket #: 01-41036                          Filed: 9/7/01
Nsuit:     0
USA v. Salas-Rodriguez
Appeal from: Southern District of Texas, Brownsville

Lower court information:
     District: 0541-1 : B-01-CR-134-1
     Ordering Judge: Hilda G Tagle, US District Judge

| Date | Entry |
|---|---|
| 10/23/01 | Transcript order acknowledgment received from Court Reporter Breck Record in 01-40909, Court Reporter Breck Record in 01-41036. Estimated pages: 10  Date Financial Arrangements Made: 9/7/01 [01-40909, 01-41036] Ct. Reporter Acknowledgement ddl satisfied. Transcript due on 11/6/01 for Breck Record in 01-40909, for Breck Record in 01-41036. Ct. Reporter Discount Date is 11/6/01 for Breck Record in 01-40909, for Breck Record in 01-41036. (ams) [01-40909 01-41036] |
| 12/5/01 | Discount of 10 percent invoked for Court Reporter Breck Record in 01-40909, Court Reporter Breck Record in 01-41036 [01-40909, 01-41036] Transcript ddl updated to 12/6/01 for Breck Record in 01-40909, for Breck Record in 01-41036. Ct. Reporter Discount Date updated to 12/6/01 for Breck Record in 01-40909, for Breck Record in 01-41036. (pac) [01-40909 01-41036] |
| 12/10/01 | Transcript filed in district court by Court Reporter Breck Record in 01-41036, Court Reporter Breck Record in 01-40909 on 12/7/01. [01-41036, 01-40909] Transcript ddl satisfied. Ct. Reporter Discount Date canceled. ROA due on 12/26/01 in 01-41036, in 01-40909. (jmw) [01-40909 01-41036] |
| 12/20/01 | Record on appeal filed.  Vol(s) of Pleadings: 1 Vol(s) of Transcripts: 2  SEALED: 1 env (PSI, Recommendation, & Objections). [01-40909, 01-41036] ROA ddl satisfied. (ddv) [01-40909 01-41036] |
| 12/20/01 | Briefing notice issued. [01-40909, 01-41036] A/Pet's Brief due on 1/29/02 for Antonio Salas-Rodriguez in 01-40909, for Antonio Salas-Rodriguez in 01-41036. (ddv) [01-40909 01-41036] |
| 12/20/01 | Record on appeal released to attorney Philip T Cowen for Appellant Antonio Salas-Rodriguez in 01-40909, Philip T Cowen for Appellant Antonio Salas-Rodriguez in 01-41036. Volumes: 3. [01-40909, 01-41036] (ddv) [01-40909 01-41036] |