UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO RODRIGUEZ-SALAS, | § | |
| Petitioner, | § | |
| | § | Civil No. B-01-168 |
| v. | § | (Criminal No. B-01-134) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

ORDER

It is hereby ORDERED that the government's motion to dismiss is granted.

SIGNED this _____ day of _____ 2002.

_____
UNITED STATES DISTRICT JUDGE

4